

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 30
Scranton, PA 18501

(570) 207-5750  FAX (570) 207-5759

ROBERT D. MARIANI
JUDGE

September 2, 2014

Air J. Scharg, Esq.
David Mindell, Esq.
John C. Ochoa, Esq.
Rafey S. Balabanian, Esq.
Edelson, P.C.
350 North LaSalle Street
Suite 1300
Chicago, IL 60654

David S. Senoff, Esq.
Caroselli Beachler McTiernan Conboy
1845 Walnut Street
15th Floor
Philadelphia, Pa. 19103

William r. Caroselli, Esq.
Caroselli Beachler McTiernan Conboy
20 Stanwix Street, 7th Floor
Pittsburgh, Pa. 15222

        Re: Roman vs. Community Health Systems, Inc. et al.
        3:CV-14-1705

Dear Counsel:

  The above-referenced action has been assigned to me. In accordance with Rule 1 of the Federal Rules of Civil Procedure, it is both my responsibility, as well as the obligation of counsel, to strive for the "just, speedy, and inexpensive determination" of this case.

  Consistent with these goals, it is my intention to conduct a Case Management Conference within four (4) months of the filing of the complaint. At this conference, we will discuss any pending motions, settlement, deadlines for discovery and other pre-trial activities, as well as other pertinent matters. The order scheduling the conference will inform the parties in more detail of what is required in preparation for this conference. In the meantime, the parties are expected to comply with the mandatory disclosure requirements of Rule 26(a) of

Honorable Robert D. Mariani　　　　　　　　　　　　　　　　　　　　Page 2
To: Ari J. Scharg, Esq.　　　　William R. Caroselli, Esq.
　　David I. Mindell, Esq.　　　David S. Senoff
　　John C. Ochoa, Esq.
　　Rafey S. Balabanian, Esq.

the Federal Rules of Civil Procedure.

　　　　To ensure that the Case Management Conference is conducted in a timely manner, you are directed to file a written report within thirty (30) days as to whether service has been effected or a waiver of service obtained. The report will not be required if an affidavit of service has been filed within that time period. In addition, you are advised to refrain from entering into agreements for extensions of time for filing an answer or other responsive pleading to the complaint without court approval.

　　　　The Court has implemented an "Electronic Case Filing (ECF)" system. This system enables counsel to file and docket pleadings, motions, briefs, etc, directly from their offices via the internet. Information on the Court's ECF system can be obtained at the Court's website, www.pamd.uscourts.gov. Counsel are directed to familiarize themselves with the Court's ECF system.

　　　　Any inquiries you have concerning this case and its progress should be directed to Joseph F. Gaughan, Courtroom Deputy, Federal Building, P.O. Box 30, Scranton, PA 18501, phone number (570) 207-5756.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge