UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR       :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I, David S. Senoff, Esquire, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Caroselli Beachler McTiernan & Conboy, LLC

1845 Walnut Street, 15th Floor

Philadelphia, PA 19103

Office Telephone:   (215) 609-1350

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.
Commonwealth of Pennsylvania, State of New Jersey, U.S. District Court for the District of NJ

U.S. Court of Appeals for the Third Circuit: 1992; U.S. District Court for the Eastern District of Pennsylvania: 1993; and Supreme Court of the United States of America: 2013.

My attorney Identification number is:  65278

---

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__✓__ SPECIAL ADMISSION:

GRANTED BY THE COURT _[signature]_   Date: 9/22/14