**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

_____ )
_____ )
_____ )
_____ )
_____, )
                                                  )
              **Plaintiff(s),**       )
                                                  )
    **v.**                                               )
                                                  )
_____ )      **Civil Action No. _____**
_____ )
_____ )
_____ )
_____, )
                                                  )
             **Defendant(s)/**        )
             **Third-Party Plaintiff(s),**   )
                                                  )
    **v.**                                               )
                                                  )
_____ )
_____ )
_____ )
_____ )
_____, )
                                                  )
         **Third-Party Defendant(s).**  )
_____)

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
(Civil Action)**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, _____,
                                                                                                  (type of party)
who is _____, makes the following disclosure:
                      (name of party)

☐ YES    ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

_____

_____

_____


3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:
_____
_____
_____
_____

　　　The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Signature of Counsel for Party

Date: _____